ENVELOPE
POSTAGE REQUIRED.

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Label 127R, January 2012        www.usps.com

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®
Label 127R, January 2012
www.usps.com

RMLY

EMS

Fla
Ma

**For D**

Visit us at usps.com

U.S. POSTAGE PAID
PME 1-Day
ALTOONA, PA
16601
DEC 18, 20
AMOUNT
**$26.35**
R2304M111546-23

1007          75024

**UNITED STATES POSTAL SERVICE®**    **PRIORITY MAIL EXPRESS®**

EJ 400 387 064 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 512 ) 294 9563

PAUL MORINVILLE
514 WHARTON AVE
ALTOONA, PA 16602

*RECEIVED*

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
|  |  |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 16601 | 12/19/2020 | $26.35 |

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 12/18/2020 | ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 3:35 | ☐ AM ☑ PM | $ | $ | $ |

Clerk U.S. District Court
Texas Eastern

TO: (PLEASE PRINT)   PHONE ( )

UNITED STATES COURT HOUSE
CLERK OF COURT
7940 PRESTON Road   Room 101
PLANO   TX   TX

ZIP + 4® (U.S. ADDRESSES ONLY)
75024 -

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | |

| Weight | ☑ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs.     ozs. | | $ 26.35 |

CMB

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
|  | ☐ AM ☐ PM |  |
|  | ☐ AM ☐ PM |  |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇨ **PEEL FROM THIS CORNER**

LABEL 11-B, MARCH 2019        PSN 7690-02-000-9996

082708_EM_EP13F  OCT 2008



This packaging is the property of the U.S. Postal Service® and is provided s...
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to ...m/usps
...to Cradle Certified™ is a certification mark of MBDC.

**Please recycle.**

Recycled Paper

EP13F