**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **MORINVILLE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OVERWATCH DIGITAL HEALTH, INC.** )<br>**ET. AL,** )<br>)<br>Defendants. )<br>) | **Case No. 20-cv-00980-ALM-KPJ** |

**ORDER GRANTING JOINT MOTION OF CLIVE BARRETT, EMMANUEL CORREIA, AND RISION LIMITED TO DISMISS UNDER RULE 12(b)(6)**

Before the Court is the Joint Motion of Clive Barrett, Emmanuel Correia, and Rision Limited to Dismiss Under Rule 12(b)(6). The Motion is hereby GRANTED. It is ORDERED that Paul Morinville's claims are dismissed with respect to Defendants Clive Barrett, Emmanuel Correia, and Rision Limited.

So Ordered.