## **EXHIBIT B**

**AUGUST 9, 2019, EMAIL FROM TERRY FOKAS TO ERAN FERRI**

**From:** Terry Fokas <terry.fokas@overwatchdh.com>
**Sent:** 9 August, 2019 6:36 PM
**To:** Eran Ferri <eran.ferri@bioeye.com>; Paul Morinville <paul@morinville.net>
**Cc:** Dovi Yellin <dovi.yellin@bioeye.com>
**Subject:** BioEye Email

Hi Eran,

Paul Morinville who is on the BioEye drug impairment team needs a bioeye email address.  Paul is going to be up in Washington DC next week working with one of our lobbyists to see if we can get a rider (similar to an amendment) attached to a transportation bill to allow for mobile eye tracking to detect drug impairment of commercial interstate truck drivers.  I suggested to Paul that it might be better to use a bioeye email rather than his overwatch email so as to avoid lengthy explanations about the relationship between the two companies.

If that makes sense can you set up Paul with paul.morinville@bioeye.com and have it auto-forward to his overwatch email?

Thanks,
Terry

Terry Fokas
Chief Executive Officer
**Overwatch Digital Health, Inc.**
17440 Dallas Parkway, Suite 230
Dallas, Texas 75287
Mobile (214) 449-2187