IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Paul V. Morinville                    Case Number : _4:20cv980_____

VS.

Overwatch Digital Health, Inc. et al

**PLAINTIFF REPLY TO MOTION TO DISMISS**

**EXHIBIT A**





OVERWATCH
DIGITAL HEALTH

# RISION, LTD – OVERWATCH/BIOEYE CORPORATE PRESENTATION

July 2020

# Overwatch Digital Health – 3 Product Lines



### OVERWATCH APP
Epilepsy detection and notification software application



### EYMPACT
Mobile eye tracking concussion indication software application



### EYMPAIR
Mobile pupillary response drug detection software application

- Significant global market opportunities for all product lines.
- Overwatch App is revenue generating with approximately 300 subscribers.
- Clinical studies underway, user acceptance data and field trials show compelling initial results.
- Cutting edge technologies which utilize proprietary artificial intelligence tools and machine learning algorithms for continuous learning and adaptation.
- 100% owned intellectual property with significant patent pending protection.
- Qualified management and board of directors with extensive market, product development and sales experience.



# Overwatch Digital Health – Products Summary

  

## OVERWATCH APP

- Provides real-time seizure monitoring, detection and alerts so that caregivers and doctors receive rapid notifications of a patient's epileptic seizures.
- Seizure alerts aid doctors and caregivers in making critical care decisions for individuals living with epilepsy.
- Documents seizure events so that medical professionals can review and analyze in order to design more effective epilepsy treatment options and protocols.
- Utilizes machine learning algorithms to continuously improve seizure detection accuracy.

## EYMPACT

- Records and analyzes ocular biomarkers in real-time to assess changes in brain function and to provide rapid side-line indication of potential sports-related concussive brain injuries.
- Accurate, timely indication of concussions enable medical personnel to make informed decisions for the treatment and management of concussive brain injuries in order to improve long-term outcomes.
- Employs artificial intelligence tools to regularly update and to improve concussion indication analysis.

## EYMPAIR

- Measures ocular biomarkers and analyzes pupillary responses to external stimuli to assess whether a driver has ingested alcohol or narcotics (marijuana, opioids, amphetamines, stimulates, barbiturates).
- Provides real-time information to law enforcement and to commercial trucking and ride-sharing operators so that drug and alcohol impaired drivers can be prevented from operating vehicles on public roadways.
- Continually updates and refines its drug and alcohol assessment capabilities through the use of machine learning algorithms.



3