IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Paul V. Morinville                    Case Number : _4:20cv980_____

VS.

Overwatch Digital Health, Inc. et al

**PLAINTIFF REPLY TO MOTION TO DISMISS**

**EXHIBIT C**

