Morinville
514 WHARTON Ave
ALTOONA PA
16602



UNITED STATES COURTHOUSE
7940 PRESTON RD
Room 101
PLANO TX
75024

**RECEIVED**

APR 0 5 2021

Clerk, U.S. District Court
Eastern District of Texas