# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL V. MORINVILLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-980-ALM-KPJ |
| | § | |
| OVERWATCH DIGITAL HEALTH, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff Paul V. Morinville's ("Plaintiff") Request for Permission to File Electronically (the "Motion") (Dkt. 27), wherein Plaintiff requests leave to file electronically under Local Rule CV-5(a)(2)(B) and that the Clerk of Court create an account allowing such on his behalf. Plaintiff represents, "Due to family health issues, I have had to stay in Georgetown, TX to care for my parents and mail forwarding is causing delays and service problems." *See* Dkt. 27.

While the Court is sympathetic to Plaintiff's personal circumstances, upon consideration, the Court finds the Motion (Dkt. 27) is hereby **DENIED**.

**So ORDERED and SIGNED this 12th day of April, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE