FROM: (512) 294-9563
Paul Morinville
514 Wharton Ave
Altoona PA 16602
US

TO United States Courthouse
United States Courthouse
7940 Preston Rd, Rm 101

Plano TX 75024
(512) 294-9563   REF:
INV:
PO:   DEPT:

0752   F 106 06:36 SM-ID 3124544
UNITED STATES COURTHOUSE
7940 PRESTON RD
RM 101
PLANO, TX   75024-2360-99

801-2063
ETP:1   PO:SP:100:Y
785867301255

(US)


FedEx Ground  G

TRK# 7858 6730 1255

75024

9622 0019 0 (000 000 0000) 0 00 7858 6730 1255



RECEIVED
APR 19 2021
Clerk, U.S. District Court
Texas Eastern