# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL V. MORINVILLE | § § | |
| v. | § § | Civil Action No.  4:20cv980 |
| | § | Judge Mazzant/Judge Johnson |
| OVERWATCH DIGITAL HEALTH, INC., ET AL. | § § § | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of April, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE