UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH TECHNOLOGIES, INC. ET AL., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

EXHIBIT D

# Board of Directors

## Emmanuel Correia
### Non-Executive Chairman

Over 25 years public company experience;

Extensive experience and transactional background in initial public offerings, reverse take over transactions and mergers & acquisitions;

Currently, a direct of several ASX-listed companies.

## Clive Barrett
### Non-Executive Director

Over 20 years experience in Direct Response Television Industry (DRTV) in Australia, building various companies and creating a range of DRTV products that resulted in product distribution to over 20 countries.

Extensive experience as an advisor to various businesses in the marketing field, both in Australia and internationally; and as a director of ASX listed companies.

## Steve Rosich
### Non-Executive Director

Over 20 years in senior executive roles at two Australian Football League clubs that are both market leaders in membership, partner engagement and growth;

A proven track record in leadership, stakeholder engagement, strategy development and execution for growth and innovation and alignment to cultural standards.

Appointed the new Chief Executive Officer of the Victorian Racing Club.

## Terry Fokas
### Executive Director

Over 15 years experience as a director on both private and public company and non-profit boards of directors;

U.S. qualified attorney-at-law licensed to practice before multiple state and federal bars;

Extensive experience in negotiating software licensing transactions including intellectual property assets and products with an emphasis in information and medical technologies.

