UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH TECHNOLOGIES, INC. ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**EXHIBIT E**

# Management Team

### Terry Fokas

Chief Executive Officer; President

**BACKGROUND**

Software licensing executive with more than 15 years experience in technology development and intellectual property enforcement; licensed U.S. attorney with significant corporate and mergers & acquisitions and patent licensing and enforcement experience.

LL..M (Master of Laws) – The London School of Economics;

J.D. (Juris Doctorate) – St John's University School of Law;

B.Sc. (Marketing & Finance) – State University of New York (SUNY)

### Eran Ferri

President (BioEye, Ltd.)

**BACKGROUND**

Technology management professional with over 20 years of experience. Extensive knowledge and experience in all aspects of technology management and market delivery, including product management, sales and marketing, operations, customer service, and licensing.

Doctorate studies (Artificial Intelligence) - Tel-Aviv University;

M.Sc.(Communications) - Tel-Aviv University;

B.A (Computer Science) – Technion (Academic Reserve)

### Dovi Yellin

Chief Scientist

**BACKGROUND**

Neuro-scientist specializing in eye-markers; engineer with extensive algorithm\machine learning background with more than 20 years of management experience in research, design and development. Algorithmic fields of specialty include machine and deep learning combinatorial optimization, image processing and information theoretical methods.

PhD (Neuroscience) - Weizmann Institute of Science, Rehovot

M.Sc. (Computational Physics) - Bar Ilan University, Ramat-Gan

B.Sc. (Physics and Computer Science) - Bar Ilan University, Ramat-Gan



# Management Team

## Paul Morinville

**Vice-President, Product Development**

### BACKGROUND

Former executive at Dell Technologies responsible for corporate and product development and human resources. Accomplished tech inventor, with nine issued patents on mission-critical enterprise middleware systems controlling access and business processes. Adjunct faculty at Ivy Tech University in Indiana teaching basic electronics, PLC programming and three phase electrical power.

University of Hawaii, Embry Riddle Aeronautical University and Minnesota State University: Concentrations in economics and astronomy.

## Stephanie Fokas

**Director of Epilepsy Community Outreach**

### BACKGROUND

More than 20 years experience in leadership roles in non-profit healthcare organizations. Led the legislative effort for the Epilepsy Foundation of Texas which lead to the 2015 passage of the Texas Compassionate Use Act (legalizing medical cannabis for adults and children in Texas with intractable epilepsy)

2018-2019: Chairman of the Board of Directors; Epilepsy Foundation of Texas;

2019: Member, Board of Directions (Strategic Planning Committee) National Epilepsy Foundation

B.A. (Public Relations) – University of Maryland (College Park)

## Dr. Anne Lipton
## Dr. Malcolm Stewart

**Clinical Consultants**

Dr. Anne Lipton - Doctor of Neurology; Board certified by the American Board of Neurology. Dr. Lipton is a nationally recognized neurologist, author and dementia specialist.

Dr. Malcolm Stewart – Doctor of Neurology; Board Certified by the American Board of Neurology. Former director of the Parkinson's Disease Center and Human Performance Laboratory at Texas Health Resources, Presbyterian Hospital, Dallas, Texas.

