UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH TECHNOLOGIES, INC. ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

EXHIBIT H

## Overwatch Monthly Expenses Commencing on April 1, 2020

| Employee/Function | Previous Compensation | Reduced Compensation |
|---|---|---|
| Terry Fokas/CEO | $20,000/month | $15,000/month |
| Liz Bowers/CTO | $15,000/month | $10,000/month |
| Stephanie Fokas/Overwatch App Project Manager | $10,000/month | $5,000/month |
| James Macklin/Director of Marketing | $5,000/month | $4,000/month |
| Christine Nicodem/Operations Manager | $5,400/month | $5,000/month |
| Christopher Czura/Director of Clinical Services | $10,000/month (based on average monthly hours invoiced) | $5,000/month |
| Waquas Ali/Principal Software Engineer | $5,400/month | $5,000/month |
| Dovi Yellin | $9,500/month | $7,500/month |
| Rotem Tzuk | $10,000/month | $7,500/month |
| Paul Morinville/Eympair Project Manager | $5,000/month | $0/month |
| Dan Monaghan/Eympair and Eympact Projects | $2,500/month | $0/month |
| **TOTAL** | $98,300/month <br> +$10,000 (rent & miscellaneous) <br> **$108,300** | $64,000 <br> + 6,000 (rent & miscellaneous) <br> **$70,000** |