UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH TECHNOLOGIES, INC. ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

EXHIBIT I

CONFIDENTIAL INFORMATION  W 23/1/20

Team Comments

- ASX Lodge Submission × 24/1/20
- Broad broker appetite — *Pde Meeting*
- EC/Adam — re Fund Slow
- EC - Sens Updated Numbers $ ↓
- Loan R/Pay - Min & Max Scenarios
   mue loan repay'l of mue
   $ capital

- ASX Submission - > to Cap Structure
   - App'n of Funds raise
      - timing
- Non/Prospectus - timing
- Audits - timing
- ASX Meeting - Dashboard Results
   - Early Independent Results
      by Dallas Nero
- Material Agreements - SPA's - RNL - Out
   - Out - Biseye
   - No Exec Contracts - Biseye ESPPs
      in place          to cancel
   - Trial Agreements
- SWA Register - In Prog.
- Milestones - Dallas Nero
   Covenant
   Cincinnati Police Dept

OW 4/5/20

- Con Note 300K — MUD 425 ✓ 163

| | | |
|---|---|---|
| 50 or $100K | Jall | 37.0 ✓ |
| | Breo Cown | 100 ✓ |
| 2/4 March | Harvey Parkman | 50 ✓ |
| 2x 50K from Joel Bines | | ~~A~~ 369.50 |
| | | 370K |

March 50 ⎫ Both in Con Note A
April 50 ⎭

Bio Eye Out Standing
was lot $32k per Sheet

Jeremy — CB
Doro luis after NCD, On App + Finnish
5/60 TF
- bimonthly spend analysis from TF

---

Allata

$25K Allata - Past Due
$50K ✓ Dev gutud

- Extra dilution of A goes to $300K
Developers - Con note B (NCD, Israeli developers)

Up to date Bio Eye Payulls

✗ Funds Share ✗

CONFIDENTIAL INFORMATION

OW 2/6/20 - Budget Call                    3646

Afl Stance - Effect on budget/output

false / +ve rates

100 Jop                    Eympact Costs
162500                          ↳
{ 37 }                    maybe no device costs
300k.                     or add infrared.

Videos on how OW &
                          Eympact works

TF raising $ - "in hand"

CONFIDENTIAL INFORMATION

OW 1/6/20 ES ? ")
TF sm

- Need CIO for RTO    CFO - S
- Budget
- Dovi arrangement
- Hr - CFO       started:
- NCD / Eyesight - updated data
- False +ve's / efficacy
- Harvey fee estimate    US $70 - 50K
- Performance Share Alloc — TF only
- Exec Agreement - who for ? — Dovi
                    Issue - 30K curry

IEP - is hard
ASX Sub review - waiting for SoS
Preg ✓
R'Shaw ✓
Robich ✓ — Aff Paperwork
Timetable ✓

Home EEG Monitoring    fleet week start
Subschus 276 - NW
Dovi - 92/93 / or ↑ based subscribers
False/+ve 1-2 /

Listen Dovi, Goldie Broch

Look top up to budget $

CONFIDENTIAL INFORMATION 18/6/20　E 1+
　　　　　　　　　　　　　　　　　CB

SoS - all ok from 21 June.

10,000 hrs - 92-93% efficacy still.
False/+ve rate - <1 per day
* 276 clots

Budget

Email PShan to PS

Patel - Smart Minister

APL - Intro email to Pat Clifton
　　 - work w/

Terry - Rosich Email *
Contracts - who
　　 - 12 mths w/ 1 month term"
　　 -TF, Advi

↓ Pros of OW, Sympact - Prospectus
　　　　　　　　　(2-3 weeks)

↓ Updated Org Structure

DD Quest / Nom
IBE / Seed
OW #s & Clinical update
Budget - underspend & Materially Δ from 70/mth
MD Status - recruitment Starter
P'Shae Alloc ↑  - Potem - trade off

Can Sympact still be delivered w/ Potem
　　　　　　　　　　　　　　Advi?

26/6/20

- Smart Mentor - Jr discussion
- Tony - OK to convey to our TA
  Should not do a deal w/ Pickett
  2 year contract
- No money best offer
  - legal advice
- Budget
- 290K s.fall
- Push back Figured it out
- Tom - 15DK
  35k 100k
  10k
  Jan 3
- MC leaved adept