UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH TECHNOLOGIES, INC. ET AL., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**EXHIBIT J**

News   Opinion   Sport   Culture   Lifestyle



AFL

🕒 This article is more than **6 months old**

# AFL to use eye technology and 'smart' mouthguards in new concussion studies

Guardian sport

Fri 12 Mar 2021 02.27 EST

The AFL will embrace technology in the rollout of two major concussion projects during the 2021 season in an effort to better understand head trauma and how to protect the health and safety of its players.

The league on Friday wrote to clubs to encourage them to participate in the studies, which will use eye tracking technology and "smart" mouthguards to collect data. The projects, named Bio-Eye and HitIQ, are the latest attempts by the league to address the issue of long-term effects of concussion.

Bio-Eye is an eye tracking technology that provides objective data the AFL hopes can supplement the subjective data and information that is already used by medical teams. HitIQ, meanwhile, uses a mouthguard-based head impact sensor system to gather data that can be used to explore any links between head knocks and concussion.

The AFL's general counsel, Andrew Dillon, said he hoped the projects would provide the league and concussion experts with valuable data.

"The health and safety of our players is of paramount concern to the AFL and we are committed to further research in this area," Dillon said. "The two studies will complement our continued action in this space over recent years including strengthening of the match-day protocols and amendments to the laws of the game to discourage high contact.

"We are also using technology that is embedded in the ARC to provide another mechanism to identify potential concussive incidents that would not have otherwise been detected. We are encouraging all clubs to be involved in these studies."

Bio-Eye's website claims it is a "low-cost method for the detection of sports concussion at clinics and on the sidelines". The technology is also used to detect drug impairment in commercial truck drivers and to monitor cognitive decline, the website says.

The AFL said the purpose of the study was "to determine whether the Bio-Eye application provides a valuable addition to the tests commonly used to diagnose and manage concussion".

The test, which uses a mobile phone to measure changes in eye movement, will be administered by club doctors or a nominated club representative, in addition to the existing tests clubs use to diagnose and manage concussion.

The moves come amid an increasingly loud conversation over the long-lasting effects of head trauma in collision sports. The AFL has made recent attempts to address the issue and revealed new guidelines around head trauma in January, with players to be sidelined for at least 12 days if they suffer a concussion.

Concern over concussions led the league on Friday to reportedly consider a request from some coaches to use a substitute player to replace a concussed teammate this season. The league is also understood to be considering a proposal for a landmark multimillion-dollar concussion trust for players.

The AFL says it is committed to minimising the impact of head injuries, and is currently in the final stages of interviewing for a new role - a concussion lead.

Article count on

### You've read 5 articles in the last year

… we have a small favour to ask. Tens of millions have placed their trust in the Guardian's high-impact journalism since we started publishing 200 years ago, turning to us in moments of crisis, uncertainty, solidarity and hope. More than 1.5 million readers, in 180 countries, have recently taken the step to support us financially - keeping us open to all, and fiercely independent.

The Guardian US was born 10 years ago to provide a fresh, international perspective on America. We are guided by a sense of fairness in reporting on how the country's enduring, and worsening, wealth, racial and health inequalities impact the most vulnerable. From the fight for voting rights to the decimation of reproductive freedom, we focus on the country's existential battle for basic democratic rights, even as dark forces attempt to erode them. We are also committed to upholding our reputation for urgent, powerful reporting on the climate emergency. The Guardian has made the decision to reject advertising from fossil fuel companies, divest from the oil and gas industries, and set a course to achieve net zero emissions by 2030.

With no shareholders or billionaire owner, we can set our own agenda and provide trustworthy journalism that's free from commercial and political influence,

small, powers our journalism and sustains our future. **Support the Guardian from as little as $1 - and it only takes a minute. Thank you.**

**Support the Guardian**   Remind me in November

