UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH | ) | |
| TECHNOLOGIES, INC. ET | ) | |
| AL., | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

EXHIBIT C



# RISION, LTD – OVERWATCH/BIOEYE CORPORATE PRESENTATION

July 2020

☐ VERWATCH

DIGITAL HEALTH

# Overwatch Digital Health – 3 Product Lines



## OVERWATCH APP

Epilepsy detection and notification software application



## EYMPACT

Mobile eye tracking concussion indication software application



## EYMPAIR

Mobile pupillary response drug detection software application

- Significant global market opportunities for all product lines.
- Overwatch App is revenue generating with approximately 300 subscribers.
- Clinical studies underway, user acceptance data and field trials show compelling initial results.
- Cutting edge technologies which utilize proprietary artificial intelligence tools and machine learning algorithms for continuous learning and adaptation.
- 100% owned intellectual property with significant patent pending protection.
- Qualified management and board of directors with extensive market, product development and sales experience.



# Overwatch Digital Health – Products Summary



## OVERWATCH APP

- Provides real-time seizure monitoring, detection and alerts so that caregivers and doctors receive rapid notifications of a patient's epileptic seizures.
- Seizure alerts aid doctors and caregivers in making critical care decisions for individuals living with epilepsy.
- Documents seizure events so that medical professionals can review and analyze in order to design more effective epilepsy treatment options and protocols.
- Utilizes machine learning algorithms to continuously improve seizure detection accuracy.



## EYMPACT

- Records and analyzes ocular biomarkers in real-time to assess changes in brain function and to provide rapid side-line indication of potential sports-related concussive brain injuries.
- Accurate, timely indication of concussions enable medical personnel to make informed decisions for the treatment and management of concussive brain injuries in order to improve long-term outcomes.
- Employs artificial intelligence tools to regularly update and to improve concussion indication analysis.



## EYMPAIR

- Measures ocular biomarkers and analyzes pupillary responses to external stimuli to assess whether a driver has ingested alcohol or narcotics (marijuana, opioids, amphetamines, stimulates, barbiturates).
- Provides real-time information to law enforcement and to commercial trucking and ride-sharing operators so that drug and alcohol impaired drivers can be prevented from operating vehicles on public roadways.
- Continually updates and refines its drug and alcohol assessment capabilities through the use of machine learning algorithms

