UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORINVILLE, | ) | Case No. 20-cv-00980 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OVERWATCH | ) | |
| TECHNOLOGIES, INC. ET | ) | |
| AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**EXHIBIT I**

CONFIDENTIAL INFORMATION

Team Comments

23/1/20

- ASX lodge Submission ~ 24/1/20
- Broad broke appetite        # Pdc Meeting *
- EC/Adam  -r  Rud Slon
- EC - Stat    Updated Numbers Y
- Loan Repay - Min & Max Scenario
              mvt loan repaid if maR
              $ cancel

- ASX Submission ~ -> to Gp Structure
                    - App" of funds r/dn
                    - timing

- Non/Properties - timing

- Audits   - timing

- ASX Meeting - Dashboard Results
              - Early Independent Reports
                -> Dallas News

- Material Agreements - SPA's - RNL - Off
                                Off - Biseye
- # No Exec Contracts  - Biseye  ESCRS
  in place                       $ cancel
                      - Trial Agreements

- SUM Register - In Prog.

- Milestones - Dallas News
             - Covered
             - Cincinatti Police Dept

CONFIDENTIAL INFORMATION

GW  4/5/20

163

- Con Rtg  300K  - MOST  $625 ✓

JdC  37.0 ✓

50 or $100K  TF  100 ✓

2/4  Bros  Coun  50 ✓

Mart  Harvey Perlman  50 ✓

$369 50

$A

370K

2 x 50k For Joel Bines

Mart  50 ⎫ Both in Con Note A
April  50 ⎭

BLO Eye  Out Standing

was Act @ $32k per Sheet

Jeremy - GB

Does this after NCD, SWApp + Exposed
by y/c TF  Done

- bimonthly spend analysis from TF,

---

Allata

$ 25K  Allata - Past due
$ 50K  ✓ Dev gg fwd

- Extra dilution if A goes to $300K

Developers - Con note B  (NCD, Israeli
developers)

Up to date BLO Eye Payables

# Fund Share $

OW 2/6/20 - Budget Call                    30%

AFL Stance - Effect on budget/ output

False / +ve rates

100 Tech        Expected Costs
162,500
{ 37              maybe no device costs
   Book.)         or all infared.

Videos on how our
                Expected works
TF raising $ -  " "in head"

CONFIDENTIAL INFORMATION

CONFIDENTIAL INFORMATION

CW   11/6/20        EC ) ")
                    TF sm

- Need CEO for R+D          40-5
- Budget!
- Dovi arrangement
- hr - CTO           started:
- NCD Exproject -updated data
- False +ves/efficacy
- Harvey fee estimate US$40-50K
- Performance Share Allot     TF only
- Exec Agreement - Who for    - Dovi

                    Issues - 30K away

Home EEG Monitoring     Fleet Week Start
Dovi - 92/93 /    or  ↑ based subscribers
false/tve  1-2!

        Rotem, Dovi, Gadi, Board

    Look top up of budget $

IER        - is hand
ASX Submission  - Warehng for SoS
Prep  ✓
R'Shaw ✓
Rotick  ✓      AFL Paper work
Timetable ✓

CONFIDENTIAL INFORMATION

18/6/20

CB

APL - Intro email to Pat Clifton
  - work w

Terry - Rosich Email *
Contracts - who
  - 12 mths w 1 month term
  - TF, Advi

↳ Plus of OW, Eynpact - Prospectus
  (2-3 weeks)

✦ Updated Org Structure

Do Quest / JoM
IBE / Seed
Ow #s ✻ Clinical Update
Budget - untorged & Materially Δ form 70%/mth
NCD Status - recruitment Started
P'Shie Alloc'     - Reten - trade off

Can Eynpact still be delivered w/o Reten /
  Davi ?

SoS - all ok from 21 June .

10,000 hrs - 92-93% efficacy still!
  False/tve rate - < 1 per day

✦ 216 clints

Budget

Email PShaw to PS

Patent - Smart Minster

26/6/20

- Smart Mentor - Jr discussion
- Terry - Oklahoma vs TA
  Should do a deal w Bickett
  ? their intent
- Net worth 8.8-? 8.9?
  - cash flow

Budget

- 290K s. flow

+ Push back Financial covenants

Tom - $50K
  $3K $50K
  ~ $10K
  $ ??
  ?

WPC renewed contract

CONFIDENTIAL INFORMATION