UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| Paul Morinville,<br><br>      Plaintiff,<br><br>v.<br><br>Overwatch Technologies, Inc., et al,<br>      Defendants. | Case No. 20-cv-00980 |

## STIPULATION AND MOTION TO DISMISS

Plaintiff Paul Morinville ("Morinville"), on the one hand, and defendant Overwatch Technologies, Inc. ("Overwatch"), on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Morinville stipulates to and moves for the dismissal WITH prejudice of all claims and causes of action asserted in this case against defendant Overwatch, and defendant Overwatch stipulates to and moves for the dismissal with prejudice of all counterclaims and defenses asserted in this case against Morinville.  The parties shall bear their own attorneys' fees, expenses and costs.

Dated:  December 17, 2021

*[signature]*
Paul Morinville

**PLAINTIFF**

Respectfully submitted,

*Terry Fokas*
Terry Fokas
Texas State Bar No. 24027309

**ATTORNEY FOR DEFENDANT**
**OVERWATCH TECHNOLOGIES, INC.**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

Paul Morinville,

      Plaintiff,

v.

Overwatch Technologies, Inc., et al,

      Defendants.

Case No. 20-cv-00980

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Paul Morinville and defendant Overwatch Technologies, Inc., pursuant to a settlement of the above-captioned litigation between the parties, it is

ORDERED that the claims asserted herein by plaintiff Paul Morinville against defendant Overwatch Technologies, Inc., be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant Overwatch Technologies, Inc., against plaintiff Paul Morinville be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses and costs.