## **EXHIBIT 2**

**BioEye Unpaid Spreadsheet**

CONFIDENTIAL INFORMATION

| Category/sub | | Amount (NIS) | Amount ($) | Mandatory/Optional | Due date | Details/comments | 3.7875 |
|---|---|---|---|---|---|---|---|
| | | | | March | | | |
| HR (Feb20) | Salaries | 28,958 | $7,700 | M | ASAP | 61,042 NIS paid, Pending: Rotem's invoice | |
| | Benefits | 0 | $0 | M | Auto | Paid for Feb20 | |
| | Tax | 8,400 | $2,300 | M | 20-Mar | | |
| | Nat.Insur. | 12,500 | $3,400 | M | 20-Mar | | |
| | Outsource | 750 | $200 | D | ASAP | Electrician | |
| Equipment | | 100 | $100 | M | 10-Apr | 4,244 NIS paid for screens | |
| IP | | | $12,100 | O | March? | 2nd patent: national (US+Japan) | |
| Clinical | | 41,360 | $13,000 | D | March | Final Sheba Payment + insurance | |
| Office Apr20 | | 0 | $0 | M | 15-Mar | Assuming they'll be using the deposit! | |
| Legal Feb20 | | 2,500 | $700 | D | March | Estimate | |
| Accounting Jan20 | | | $0 | M | 10-Mar | Paid 1,950 NIS | |
| Tax Ruling | | 58,500 | $15,500 | D | April? | | |
| Travel, marketing | | 0 | $0 | | | | |
| G&A (other) | | 1,605 | $500 | D | March | Company registrar yearly fee + ESOP | |
| Total March | | | $55,500 | | | | |
| | | | | April | | | |
| HR (Mar20) | Salaries | 82,479 | $21,800 | M | 5-Apr | Assuming notice 18-Mar-20 | |
| | Benefits | 25,800 | $6,900 | M | Auto | | |
| | Tax | 8,400 | $2,300 | M | 20-Apr | | |
| | Nat.Insur. | 12,500 | $3,400 | M | 20-Apr | | |
| | Outsource | | $0 | | | TBD | |
| Equipment | | | $0 | | | TBD | |
| Office May20 | | 0 | $0 | O | 15-Apr | Mandatory unless leaving office | |
| Legal Mar20 | | 500 | $200 | D | April? | Estimate | |
| Accounting Feb20 | | 1,950 | $600 | M | 10-Apr | | |
| Travel, marketing | | 0 | $0 | O | | | |
| G&A (other) | | 0 | $1,000 | O | | TBD | |
| Total April | | | $36,200 | | | | |
| | | | | May | | | |
| | Salaries | 34,000 | $9,000 | M | 5-May | Assuming notice 18-Mar-20 | |

CONFIDENTIAL INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| HR (Apr20) | Benefits | 12,900 | $3,500 | M | Auto | |
| | Tax | 4,200 | $1,200 | M | 20-May | |
| | Nat.Insur. | 6,250 | $1,700 | M | 20-May | |
| | Outsource | | $0 | | | TBD |
| Equipment | | | $0 | | | TBD |
| Office Jun20 | | | $0 | O | 15-May | Mandatory unless leaving office |
| Legal Apr20 | | 0 | $0 | M | May | Estimate |
| Accounting Mar20 | | 1,950 | $600 | D | | |
| Travel, marketing | | 0 | | O | | |
| G&A (other) | | 0 | | | | TBD |
| Total May | | | $16,000 | | | |
| Total March - April | | | $107,700 | M | | |

| | | |
|---|---|---|
| Without optional & delayed | $64,000 | |
| Closing costs estimate | $10,000 | |
| Without founders | ($10,000) | |
| Account | $32,475 | Incl. CC deposit, tax refund |
| Delta | $32,000 | |