# **EXHIBIT 3**

**Overwatch Unpaid Spreadsheet**

CONFIDENTIAL INFORMATION

## Unpaid Invoices- as of 3/19/2020

| Vendor | Notes | Invoice Date | Due Date | Amount |
|---|---|---|---|---|
| Green Device Exchange | Pre-Launch Watches | 5-Mar | 12-Mar | $ 5,714.78 |
| Verizon Wireless Bill | Jan and February | 22-Feb | 14-Mar | $ 1,960.99 |
| 9 Clouds Marketing- Mar | March Marketing | 2-Mar | 15-Mar | $ 1,625.00 |
| Hartford Billing | Insurance | 24-Feb | 17-Mar | $ 411.00 |
| Stephanie Fokas | February Consulting | 29-Feb | 30-Mar | $ 10,000.00 |
| Elizabeth Bowers | February Consulting | 27-Feb | 27-Mar | $ 7,981.00 |
| Allata- Tadd Jensen | iOS Consulting | 29-Feb | 30-Mar | $ 7,560.00 |
| Stephanie Fokas | March | 29-Feb | 30-Mar | $ 5,000.00 |
| Terry Fokas | March | 29-Feb | 30-Mar | $ 10,000.00 |
| Liz Bowers | March Consulting | 29-Feb | 30-Mar | $ 10,000.00 |
| Zeal IT Consultants | 5 Consultants | 29-Feb | 30-Mar | $ 15,475.00 |
| Gal Rom | Android Consulting- Israel | 3-Mar | 31-Mar | $ 2,440.00 |
| Dvir Lehrer | Data Science (Israel) | 1-Mar | 1-Apr | $ 6,556.20 |
| Paul Morinville- Partial | March Invoice | 1-Mar | 1-Apr | $ 2,500.00 |
| Chris Czura | February | 2-Mar | 2-Apr | $ 9,250.00 |
| Daniel Monaghan | March Invoice | 2-Mar | 2-Apr | $ 2,500.00 |
| ReadyRefresh | Water Delivery | 12-Mar | 3-Apr | $ 54.91 |
| Parks Coffee | Coffee | 13-Mar | 12-Apr | $ 95.85 |
| Donny Alumbaugh | Consulting- Portal | 12-Mar | 12-Apr | $ 5,312.00 |
| Muhammad Waqas | iOS Consulting | 13-Mar | 13-Apr | $ 5,687.00 |
| Christine Nicodem | Consulting | 16-Mar | 15-Apr | $ 2,700.00 |
| Maegan Skinner | Consulting | 15-Mar | 15-Apr | $ 1,728.00 |
| James Mackin | Consulting | 15-Mar | 15-Apr | $ 2,500.00 |
| Zeal IT Consultants | Consulting | 18-Mar | 17-Apr | $ 30,533.75 |
| Allata- Tadd Jensen | Consulting | 18-Mar | 17-Apr | $ 12,960.00 |

**TOTAL** $ 160,545.48