**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Morinville
514 Wharton Avenue
Altoona, PA 16602

FILED
JAN 3 1 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

|||||||||||||||||||||||||||||||||||||||||||
9590 9402 6176 0220 7879 74

2. Article Number (Transfer from service label)

7019 1120 0002 3229 7411

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P. Morinville   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): 86 R6 C19
C. Date of Delivery: 01/27/22

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

4:20 CV 980
[66]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt