UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **PAUL MORINVILLE,**<br><br>Plaintiff,<br><br>v.<br><br>**OVERWATCH DIGITAL HEALTH, INC.** *et al.*,<br><br>Defendants. | Case No. 20-cv-00980-KPJ |

## JOINT STIPULATION

BioEye, Ltd., Clive Barrett, Emmanuel Correia, and Rision Limited (together the "Defendants") through their undersigned counsel, and Paul Morinville, on his own behalf (the "Plaintiff" and together with the Defendants, the "Parties") hereby file this Joint Stipulation, in which the Parties stipulate as follows:

1. In compliance with this Court's Order [Docket No. 78], Paul Morinville and counsel for the Defendants met on June 15, 2022.

2. The Parties stipulate that Texas law governs Plaintiff's state law claims in the above-captioned case.

Dated: June 21, 2022

**PARKINS & RUBIO LLP**

*/s/ Lenard M. Parkins*
Lenard M. Parkins
TX Bar No. 15518200
Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 77002
Email: lparkins@parkinslee.com
Phone: 713-715-1660

*Counsel to BioEye, Ltd., Clive Barrett, Emmanuel Correia, and Rision Limited*

*and*

_/s/ Paul Morinville_____
Paul Morinville
3902 Sequoia Trail West
Georgetown, TX 78628
paul@morinville.net

*On his own Behalf*
*(signed with express permission)*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2022 the forgoing document was served on the following parties (a) through the Court's CM/ECF System if registered to receive such service and (b) by U.S.P.S. first class mail, postage prepaid and email on the following parties:

Paul Morinville
3902 Sequoia Trail West
Georgetown, TX 78628
paul@morinville.net

Overwatch Digital Health, Inc.
17440 Dallas Parkway
Suite 230
Dallas, TX 75287

                                                _/s/ Lenard M. Parkins_____
                                                Lenard M. Parkins